1  PATRICIA DOYLE-KOSSICK, P.L.C.
   4500 South Lakeshore Drive, Suite 575
2  Tempe, Arizona  85282-7187
   Telephone: (480) 222-0291
3  Fax: (480) 222-0271
   email:  patricia.doyle-kossick@azbar.org
4  Patricia Doyle-Kossick, 010217
   Attorneys for Movant

5

6              UNITED STATES BANKRUPTCY COURT

7                   DISTRICT OF ARIZONA

8  | In re: | Proceedings in Chapter 7 |
|---|---|
9  | **WILLIAM DAVID KOWAL, dba** | **No.  2:16-bk-13422-MCW** |
   | **WDK ANALYTICS, dba BEND THE** | |
10 | **TREND**, | |
11 |     Debtor. | |
12 | **TRUWEST CREDIT UNION,** | MOTION SEEKING TERMINATION OF |
   | | THE AUTOMATIC STAY OF |
13 |     Movant, | 11 U.S.C. § 362(a) |
14 | vs. | Property:  2006 Volvo S40 |
15 | **WILLIAM DAVID KOWAL, dba** | |
   | **WDK ANALYTICS, dba BEND THE** | |
16 | **TREND**, Debtor, and **ERIC M. HALEY**, | |
   | as Trustee, | |
17 | | |
18 |     Respondents. | |

19

20         TRUWEST CREDIT UNION (hereinafter "Movant"), by and through its attorneys,

21  Patricia Doyle-Kossick, P.L.C., hereby moves for termination of all stays and injunctions,

22  pursuant to Bankruptcy Code Section 362(d), with regard to the following described property

23  (hereinafter the "property"):

24         2006 Volvo S40, VIN YV1MS390162163764.

In support of its Motion, Movant represents as follows:

1. The filing of this Motion commences a contested matter within the meaning of Bankruptcy Rule 9014.

2. Movant has a valid and perfected lien on the property to secure the above-named Debtor's obligation in the amount of $7,403.75, plus accrued and accruing interest, costs and attorneys' fees. True, correct and redacted copies of the Loanliner Loan and Security Agreements and Disclosure Statement and the Arizona electronic lien and title information evidencing the above-described secured indebtedness are attached hereto as Exhibits "A" and "B" and are by this reference incorporated herein.

3. The present value of the property is believed to be an amount less than the sum of the exemption, if any, claimed by the Debtor in the property, plus the secured indebtedness due and owing to Movant. The property is burdensome and of inconsequential value to the estate. The property is not necessary for an effective reorganization of the Debtor. The automatic stay must be terminated pursuant to 11 U.S.C. § 362(d)(2).

4. The secured indebtedness to Movant is presently in default for a portion of the December 21, 2016. Adequate protection has not been afforded to Movant. Cause exists to modify the automatic stay pursuant to 11 U.S.C. § 362(d)(1). Movant is entitled to recover and sell the property pursuant to its rights under the Security Agreement and state law.

5. The Debtor's Statement of Intention reflects that the Debtor will surrender the property to Movant and has in fact surrendered the property. Movant requests that the Court waive the 14-day period of Bankruptcy Rule 4001(a)(3) since the Debtor has surrendered the property and should not be opposing this motion.

WHEREFORE, Movant requests that the Court enter its order granting the following relief:

Case 2:16-bk-13422-MCW    Doc 21    Filed 01/09/17    Entered 01/09/17 15:26:38    Desc
Main Document      Page 2 of 3

1    1.  Terminating all stays and injunctions, including the automatic stays under

2    Bankruptcy Code Section 362(a), with respect to the property as to TRUWEST CREDIT

3    UNION;

4    2.  Waiving the 14 day stay of Bankruptcy Rule 4001(a)(3); and

5    3.  For such other and further relief as is just and equitable.

6    RESPECTFULLY SUBMITTED this 9th day of January, 2017.

7                                        PATRICIA DOYLE-KOSSICK, P.L.C.

8                                        /s/ *Patricia Doyle-Kossick*  SBN 010217
                                         PATRICIA DOYLE-KOSSICK
9                                        Attorney for Movant

10   Copy of the foregoing mailed
     this 9th day of January, 2017 to:

11

     William David Kowal
12   PO Box 33
     Scottsdale, AZ  85252

13

     Eric M. Haley
14   2001 East Campbell Avenue, Ste. 101
     Phoenix, AZ  85016

15
      */s/ Patricia Doyle-Kossick*
16

17

18

19

20

21

22

23

24